United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 20, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-51055
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MAJOR DOYAL BURSEY,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A:03-CR-127-ALL-H
--------------------

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

    Major Doyal Bursey appeals his guilty-plea conviction
for possession with intent to distribute cocaine base.
He argues that the district court erred in denying his motion
to dismiss the indictment for violation of the Speedy Trial Act.
The Government contends that Bursey waived the Speedy Trial Act
issue by entering an unconditional guilty plea.

    In this circuit, "a speedy trial violation is a
non-jurisdictional defect waived by a guilty plea." United

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

<u>States v. Bell</u>, 966 F.2d 914, 915 (5th Cir. 1992). By entering an unconditional guilty plea, Bursey has waived his right to appeal the district court's denial of his motion to dismiss the indictment for violation of the Speedy Trial Act, and this court may not consider the merits of his appeal. <u>See</u> <u>id.</u> at 916-17.

AFFIRMED.